[No. 4262.]

GUTSHALL v. CARPENTER ET AL.

**Former Opinion Followed.**

This case is decided in accordance with Irrigation Co. v. Water S. & S. Co., 29 Colo. 469; Fluke v. Ford, 35 Colo. 112; New Cache la Poudre Irr. Co. v. Arthur Irr. Co., ante, p. 530; and Ashenfelter et al. v. Carpenter et al., ante, p. 534.

*Appeal from the District Court of Montrose County. Hon. Theron Stevens, Judge.*

Action by S. P. Gutshall against L. G. Carpenter as State Engineer, District No. 4, and W. O. Hersum,

Water Commissioner, District No. 41.    From a judgment for defendants, plaintiff appeals.

Decision *en banc.*                          *Affirmed.*

*Per Curiam.*—The questions presented by this appeal have been settled by the previous decisions of this court in *Irrigation Co. v. Water S. & S. Co.,* 29 Colo. 469; *Fluke v. Ford,* 35 Colo. 112; *New Cache la Poudre Irrigating Co. v. Arthur Irrigation Co., ante,* page 530; *Ashenfelter v. Carpenter, ante,* page 534.

The judgment of the district court is in accordance with the views expressed in these cases, and will, therefore, be affirmed, without prejudice to appellant to maintain a proceeding in accordance with the act of 1899 (Sess. Laws 1899, 235) and the act of 1903 (Sess. Laws 1903, 278).

Decision *en banc.*              *Judgment affirmed.*